

# Notice of Service of Process

null / ALL
Transmittal Number: 20781703
Date Processed: 12/04/2019

| | |
|---|---|
| Primary Contact: | Venessa C. Wickline Gribble<br>The Kroger Co.<br>1014 Vine Street<br>Cincinnati, OH 45202-1100 |
| Entity: | Kroger Limited Partnership I<br>Entity ID Number 2171999 |
| Entity Served: | Kroger Limited Partnership I |
| Title of Action: | Diane Wilson vs. Kroger Limited Partnership I |
| Matter Name/ID: | Diane Wilson vs. Kroger Limited Partnership I (9821141) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Discrimination |
| Court/Agency: | Macon County Circuit Court, IL |
| Case/Reference No: | 2019-L-106 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 12/02/2019 |
| Answer or Appearance Due: | Within 30 days after 11/25/2019 |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Diane Wilson<br>217-853-9470 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

DIANE WILSON,                )
                             )
       Plaintiff,        )
                             )
v.                           )   Case No.   19L 106
                             )
KROGER LIMITED PARTNERSHIP I,)
a corporation,               )
                             )
       Defendant.        )

## WAIVER OF SERVICE OF SUMMONS

### TO: Diane Wilson

    I acknowledge receipt of your request that Kroger Limited Partnership I waive service of a summons in the action of *Diane Wilson v. Kroger Limited Partnership I* which has been filed in the Circuit Court for the Sixth Judicial Circuit, Macon County, Illinois as Case No. 2019-L-19L/06. Kroger Limited Partnership I has also received a copy of the complaint in the action, two copies of this instrument, and a means by which it can return the signed waiver to you without cost to it.

    The Defendant agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Section 2-213 of the Illinois Code of Civil Procedure [735 ILCS 5/2-213].

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that when a waiver of service is filed by the plaintiff with the court, the action shall proceeding as if a summons and complaint had been served at the time of the filing of the waiver and no proof of service shall be required.

_____      _____
DATE                                SIGNATURE
                                    PRINTED/TYPED NAME:

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | |
|---|---|
| DIANE WILSON, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 19 L 106 |
| KROGER LIMITED PARTNERSHIP I,<br>a corporation, | ) |
|        Defendant. | ) |

## WAIVER OF SERVICE OF SUMMONS

TO: Diane Wilson

    I acknowledge receipt of your request that Kroger Limited Partnership I waive service of a summons in the action of *Diane Wilson v. Kroger Limited Partnership I* which has been filed in the Circuit Court for the Sixth Judicial Circuit, Macon County, Illinois as Case No. 2019-L-19L106. Kroger Limited Partnership I has also received a copy of the complaint in the action, two copies of this instrument, and a means by which it can return the signed waiver to you without cost to it.

    The Defendant agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Section 2-213 of the Illinois Code of Civil Procedure [735 ILCS 5/2-213].

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that when a waiver of service is filed by the plaintiff with the court, the action shall proceeding as if a summons and complaint had been served at the time of the filing of the waiver and no proof of service shall be required.

_____   _____
DATE                              SIGNATURE
                                  PRINTED/TYPED NAME:

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | |
|---|---|
| DIANE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| KROGER LIMITED PARTNERSHIP I, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW the Plaintiff, Diane Wilson ["Wilson"], and for her cause of action against the Defendant, Kroger Limited Partnership I ["Kroger"], states as follows:

### PARTIES AND VENUE

1. That Wilson, an African-American female, is an adult resident of Macon County, Illinois. At all times pertinent to this case she was employed by Kroger as a Deli Clerk at one of its retail facilities in Decatur, Illinois. She began her employment with Kroger on September 27, 2013.

2. That Kroger is a limited partnership authorized to engage in business in the State of Illinois. At all times relevant to this proceeding, it sold groceries, food products and miscellaneous items of merchandise from retail supermarkets located throughout the State of Illinois.

3. That the incident giving rise to this lawsuit occurred in Macon County, Illinois. By virtue of Section 7A-102(F)(2) of the "Illinois Human Rights Act" ["Act"] (775 ILCS 5/7A-102(F)(2)), this Court is the appropriate venue to hear this case.

## STATEMENT OF CLAIM

4. That Kroger employs individuals as a part of its business enterprise and is an employer as that term is defined in Section 2-101 of the Act [775 ILCS 5/2-101(B)].

5. That Wilson filed a timely charge of employment discrimination with the Illinois Department of Human Rights. This proceeding was initiated within 90 days after the date Wilson received notice that the Illinois Department of Human Rights dismissed her charge of discrimination as required by Section 7A-102(D)(3) of the Act [775 ILCS 5/7A-102].

6. That at all relevant times Wilson performed her duties for Kroger in the position she held as Deli Clerk satisfactorily and in accordance with all reasonable expectations which Kroger had for someone holding her position.

7. That at all times relevant to this case employees at the Kroger retail facility where Wilson worked regularly consumed both bakery and deli products without paying for them. This practice was engaged in by both Caucasian and African American employees.

8. That the practice referred to above was known to the management staff at the retail facility where Wilson worked. Members of the management staff also regularly consumed bakery and deli products without paying for them.

9. That on October 27, 2017 both Wilson and Kody Long ["Long"] were discharged for engaging in the practice described in paragraph 7 above. Long is of mixed races.

10. That even though the practice described in paragraph 8 above was engaged in by Caucasian employees, who were similarly situated to Wilson, none of them were terminated or otherwise disciplined at that time.

11. That shortly before the incident described above members of the management staff of the retail facility where Wilson worked demonstrated racial insensitivity by approving of its bakery department's actions in making a cake displaying a confederate flag.

12. That by virtue of the foregoing the actions taken by Kroger against Wilson discriminated against her because of her race in violation of § 2-102 of the Act [775 ILCS 5/2-102].

13. That as a direct and proximate result of the conduct described above Wilson sustained loss of income and employment benefits, embarrassment, humiliation, emotional upset and mental distress.

WHEREFORE, the Plaintiff, Diane Wilson, respectfully requests that this Court:

A) enter judgment in her favor and against Kroger;

B) award her damages sufficient in amount to compensate her for her economic damages and, to the extent permitted by law, compensatory damages for losses she sustained by virtue of Kroger's conduct which in any event should exceed the sum of $50,000.00 in amount;

C) direct Kroger to reinstate her to the position she would have held but for its discriminatory misconduct;

D) provide her, to the extent permitted by law, with an award of attorneys' fees together with her costs of suit; and

E) provide her with such other relief which it deems to be equitable and just.

**DIANE WILSON DEMANDS THAT ALL ISSUES RAISED IN THIS COMPLAINT BE TRIED BY JURY.**

             Diane Wilson

             By:_____

Diane Wilson
1055 West View Street
Decatur, Illinois  62522
phone:  217-853-9470
email:  smokey5862@gmail.com
(Complaints/ wilsondiane macon county 111819)

IN THE CIRCUIT COURT FOR THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | |
|---|---|
| DIANE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2019-L-106 |
| | ) |
| KROGER LIMITED PARTNERSHIP I, | ) |
| a corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE AND REQUEST FOR WAIVER OF SERVICE

To:  Kroger Limited Partnership I
     c/o Illinois Corporation Service Company
     Registered Agent
     801 Adlai Stevenson Drive
     Springfield, Illinois 62703-4261

You are hereby notified of the commencement of the above action. This is the request of the Plaintiff, Diane Wilson, that Kroger Limited Partnership I waive service of a summons.

A lawsuit has been commenced against Kroger Limited Partnership I. A copy of the complaint is attached to this notice. It has been filed in the Circuit Court of Macon County, Illinois.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designed below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the request for service was sent, except that you will not be obligated to answer the complaint before sixty days from the date designated below as the date on which this notice is sent.

  A defendant who waives service of a summons in the manner provided in subsection (a) of Section 2-213 of the Illinois Code of Civil Procedure [735 ILCS 5/2-213] does not waive any objection to the venue or to the jurisdiction of the court over the person of the defendant.

  When a waiver of service is filed by the plaintiff with the court, the action shall proceed as if a summons and complaint had been served at the time of the filing of the waiver and no proof of service shall be required.

  The defendant may refuse to waive service of a summons. If a defendant does not return the waiver provided in subsection (a) [735 ILCS 5/2-213], the plaintiff must serve the summons on that defendant as otherwise provided by the Code of Civil Procedure and the Supreme Court rules.

  I affirm that this request is being sent to you on behalf of the Plaintiff this 25 day of November, 2019.

                Diane Wilson

Ms. Diane Wilson
1055 West Vine Street
Decatur, Illinois 62522
217-853-9470
smokey5862@gmail.com





Ms Diane Wilson
1055 W View St
Decatur, IL 62522



Ms Diane Wilson
1055 W View St
Decatur, IL 62522



7019 0160 0000 9319 9993




U.S. POSTAGE PAID
FCM LG ENV
DECATUR, IL
62523
NOV 25, 19
AMOUNT
1000      62703
**$7.60**
R2304N117354-21

RETURN RECEIPT
REQUESTED

Kroger Limited Partnership1
C/o Illinois Corporation Service Company
Registered agent
801 Adlai Stevenson Drive
Springfield, IL 62703-4261